NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

APELDYN CORPORATION,
*Plaintiff-Appellant,*

v.

AU OPTRONICS CORPORATION AND
AU OPTRONICS CORPORATION AMERICA,
*Defendants-Appellees,*

AND

CHI MEI OPTOELECTRONICS CORPORATION
AND CHI MEI OPTOELECTRONICS USA INC.,
*Defendants-Appellees.*

AND

SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.,
*Defendants.*

2012-1172

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

---

## ON MOTION

---

## O R D E R

AU Optronics Corporation and AU Optronics Corporation America move without opposition to substitute Lawrence J. Gotts as principal counsel. Terrence D. Garnett will continue to serve as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Lawrence J. Gotts and Terrence D. Garnett should promptly file new entries of appearance.

FOR THE COURT

FEB 0 7 2013
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Scott G. Seidman, Esq.
     Terrence D. Garnett, Esq.
     Donald R. McPhail, Esq.
     Lawrence J. Gotts, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2013

JAN HORBALY
CLERK